IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIXTH ANGEL SHEPHERD RESCUE, INC. and TERRY ELIZABETH SILVA : Plaintiffs, : : v. : : GEORGE BENGAL, NICOLE WILSON and PENNSYLVANIA SPCA : Defendants. : | CIVIL ACTION No. 10-1733 |

## PRELIMINARY INJUNCTION ORDER

**AND NOW**, this **27th** day of **May 2010,** upon consideration of Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunctive Relief, Defendants' response thereto, the parties' supplemental briefs, following an April 27, 2010 hearing, and for the reasons set forth in the Court's May 27, 2010 Memorandum, it is hereby **ORDERED** that:

1. Plaintiffs' motion (Document No. 3) is **GRANTED**, and Plaintiffs shall take possession of the subject dogs, Tank, Butter, and Nikki.

2. Defendants are ordered to deliver the dogs to Plaintiffs' requested location forthwith, but no later than **Tuesday, June 1, 2010 at 12:00 p.m.**

BY THE COURT:

_____
Berle M. Schiller, J.