IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIXTH ANGEL SHEPHERD RESCUE, INC., et al., | : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | |
| GEORGE BENGAL, et al., | : | No. 10-1733 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **23rd** day of **September**, **2013**, upon consideration of Plaintiffs' Petition for Attorney's Fees, Plaintiffs' Supplement to Petition for Attorney's Fees, and all the responses thereto, and for the reasons stated in the Court's Memorandum dated September 23, 2013, it is hereby **ORDERED** that:

1. The Petition for Attorney's Fees (Document No. 74) is **GRANTED**.

2. Plaintiffs are awarded $50,418.75 in attorney's fees.

3. Plaintiffs are awarded $1,344.50 in costs.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**